

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00073-CV

**IN THE INTEREST OF A.S.R.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02528
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED July 20, 2022.

_____
Irene Rios, Justice